# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1785

_____

Gwenn Queen,                                          *
                                                     *
                    Appellant,                        *
                                                     *
        v.                                            *
                                                     *
Baxter County, AR; Rhonda Porter,                    *
clerk of Baxter County Circuit Court;                *
Joe Bodenhamer, County Judge; Jack                   *
Berry, of Baxter County Quorum Court;                *
Diana Turner, of the Baxter County                   *  Appeal from the United States
Quorum Court; Ronald McHenry, of                     *  District Court for the
the Baxter County Quorum Court;                      *  Western District of Arkansas.
Deborah Knox, of the Baxter County                   *
Quorum Court; Johnny Key, of the                     *  **[UNPUBLISHED]**
Baxter County Quorum Court; Joe                      *
Wilhm, Sr., of the Baxter County                     *
Quorum Court; John Davidsaver, of                    *
the Baxter County Quorum Court;                      *
Larry Quick, of the Baxter County                    *
Quorum Court; Fred Lakes, of the                     *
Baxter County Quorum Court; Kenneth                  *
Smith; Arthur Wineland, of the Baxter                *
County Quorum Court,                                 *
                                                     *
                    Appellees.                        *

_____

Submitted: September 28, 1998
Filed: October 6, 1998

_____

Before WOLLMAN, HANSEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Gwenn Queen appeals from the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 suit claiming deprivations of liberty and property interests caused by the termination of her employment. After careful review of the record and the parties' briefs, we affirm the judgment of the district court for the reasons it stated. See 8th Cir. R. 47B.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

-2-